# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY KELLY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01597 |
| ) | Judge Trauger |
| MARK COLLINS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 12, 2019, the magistrate judge issued a Report and Recommendation (DE #30), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Shawn Phillips (Docket No. 20) is hereby GRANTED, and all claims against this defendant are DISMISSED with prejudice.

This case remains on referral to the magistrate judge for further handling.

It is so **ORDERED.**

Enter this 5th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge