UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Timothy E. Kelly, Pro se
Plaintiff,
V.
Dina Kulenovic, et al.
Defendants.

) No: 3:17-cv-01597
) Judge Aleta A. Trauger
) Jury Demanded
) Date: March 1, 2020

Page (1) of (2)

( Motion For Extension )

Comes now Plaintiff Timothy Eugene Kelly, Pro se hereby respectfully request an Extension for an Period of 30 days to Prepare for the response to the report and recommendation from Defendant(s) Dina Kulenovic, et al, the Plaintiff need at lease 30 days to properly respond to the Defendant(s) motion do to the access and time frame allowed for the use of the institutional library and copies, etc. the Plaintiff ask though motion for Extension that the Court grant motion in Plaintiff favor..

Respectfully Submitted!,
Timothy E. Kelly

March 1, 2020
Date

the Plaintiff hereby states that the Motion are true and correct

March 1, 2020
Date

Timothy Eugene Kelly
#356072
D.S.N.F
7575 Cockrill Bend Blvd
Nashville, TN 37209

Motion for Extension from Plaintiff

Page (2) of (2)

March 1, 2020
Date

Timothy E. Kelly #356072
Name

Timothy E. Kelly #335600@
D.S.N.F
7575 Cockrill Bend Blvd
Nashville, TN 37209

Placed in
Institutional
Mailbox on
March 1, 2020

Clerk, U.S. District Court
U.S. Courthouse, Room 800
Nashville, TN 37203

Official Business

RECEIVED
in Clerk's Office
MAR 06 2020
U.S. District Court
Middle District of TN

THE DEPT OF CORRECTIONS
HAS NEITHER CENSORED NOR
INSPECTED THIS ITEM THEREFORE
DOES NOT ASSUME RESPONSIBLITY
FOR ITS CONTENTS.